UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PERRY LEE WYSINGER | CIVIL ACTION NO. 16-cv-1296 |
| VERSUS | JUDGE FOOTE |
| DEPARTMENT OF VETERANS AFFAIRS | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Mr. Wysinger's complaint is **dismissed without prejudice** for lack of subject matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____ day of _____, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE